UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:12-cv-24175-UU

_____

SANTA MAYELIN HERNANDEZ,

    Plaintiff,

v.

COMMERCIAL RECOVERY
SYSTEMS, INC.,

    Defendant.

_____

## DISMISSAL ORDER

    THIS CAUSE is before the Court *sua sponte*.

    THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. According to the verified return of service, filed November 29, 2012, Defendant was was served with the Complaint on November 28, 2012. D.E. 4. Any response to the Complaint was due by December 19, 2012. *See* Fed. R. Civ. P. 12(a). Defendant failed to file any response by that deadline and did not move for an extension of time to file the same. The Court ordered Plaintiff to show cause why she had not moved for an entry of Clerk's Default. D.E. 6. Plaintiff failed to follow the Court's order and did not reply by the date provided in the show-cause order. The Court informed Plaintiff that it would dismiss this action without further notice were it not to comply with the Order. *See* Fed. R. Civ. P. 41(b). Accordingly, it is

    ORDERED AND ADJUDGED that Plaintiff's Complaint, D.E. 1, is DISMISSED without prejudice for failure to prsosecute. It is further

    ORDERED AND ADJUDGED that, for Administrative Purposes, this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of January, 2013.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record